IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 11-cv-01741-REB-KLM

CANDY COPPINGER,

v.

MS. SHOEMAKER,
DR. FRANTZ,
KELLIE WASKO,
DR. WERMER,
MS. SAIZ,
MS. BEAMAN,
MS. KATSMEYER,
MS. TAFOYA,
DR. THISTLEWAITE,
MS. TORREZ,
SGT. DOWD, and
C.O. GRUBB,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2011

GREGORY C. LANGHAM
_____ CLERK

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

    3. That all costs of service shall be advanced by the United States; and

    4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

    Dated August 23, 2011, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01741-REB-KLM

Candy Coppinger
Prisoner No. 59072
La Vista Correctional Facility
1401 W. 17th Street
Pueblo, CO 81003

Ms. Shoemaker, Dr. Frantz, Kellie Wasko, Dr. Wermer, Ms. Saiz,
Ms. Beaman, Ms. Katsmeyer, Ms. Tafoya, Dr.Thistlewaite, Ms. Torrez,
Sgt. Dowd, and CO Grubb - **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process for Ms. Shoemaker, Dr. Frantz, Kellie Wasko, Dr. Wermer, Ms. Saiz, Ms. Beaman, Ms. Katsmeyer, Ms. Tafoya, Dr.Thistlewaite, Ms. Torrez, Sgt. Dowd, and CO Grubb: AMENDED COMPLAINT FILED 07/20/11, WAIVER\*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on August 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk