IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01741-REB-KLM

CANDY COPPINGER,

    Plaintiff,

v.

MS. SHOEMAKER,
DR. FRANTZ,
KELLIE WASKO,
DR. WERMER,
MS. SAIZ,
MS. BEAMAN,
MS. KATSMEYER,
MS. TAFOYA,
DR. THISTLEWAITE,
MS. TORREZ,
SGT. DOWD, and
C.O. GRUBB,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **"Order Requesting Compliance"** [Docket No. 18; Filed August 25, 2011] and **"Requesting Sworn Statements"** [Docket No. 19; Filed August 25, 2011].  Both documents were designated as motions by the Clerk's Office.

    IT IS HEREBY **ORDERED** that the motions are **DENIED**.  Plaintiff seeks relief regarding certain discovery requests, one that she sent to Defendants on July 24, 2011, and another that she asks the Court to serve.  The parties are not permitted to seek discovery until after the Preliminary Scheduling Conference has been held.  The Court will set a date for the Preliminary Scheduling Conference after all Defendants have been served.

    Furthermore, the Court directs Plaintiff to the Federal Rules of Civil Procedure and the Local Rules of Practice for the District of Colorado.  All requests for relief from the Court must be filed in the form of a <u>motion</u>, not a request or document by any other title.

Regarding the requests at hand, once the Court has set a schedule for discovery, Plaintiff may serve proper discover requests on opposing parties. The Court warns Plaintiff that "[a] verbose, redundant, ungrammatical, or unintelligible motion, response, or reply may be stricken or returned for revision, and its filing may be grounds for imposing sanctions." D.C.COLO.LCivR 7.1H.

   Dated:  August 26, 2011