# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 11-cv-01741-REB-KLM

CANDY COPPINGER,

    Plaintiff,

v.

MS. SHOEMAKER,
DR. FRANTZ,
KELLIE WASKO,
DR. WERMER,
MS. SAIZ,
MS. BEAMAN,
MS. KATSMEYER,
MS. TAFOYA,
DR. THISTLEWAITE,
MS. TORREZ,
SGT. DOWD, and
C.O. GRUBB,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#28][1] filed September 26, 2011; and (2) the plaintiff's objections to the recommendation as stated in her motion entitled **Reconsideration of the Recommendation of the Unites States Magistrate Judge** [#34] filed September 30, 2011. I overrule the objections, adopt the recommendation, and grant the motion to

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

dismiss.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed.  I have considered carefully the record,  recommendation, objections, and applicable caselaw.

Moreover, because plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). However, I have not acted as an advocate for the plaintiff.

The recommendation is detailed and well-reasoned.  Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

   **THEREFORE, IT IS ORDERED** as follows:

   1.  That the **Recommendation of United States Magistrate Judge** [#28] filed September 26, 2011, is **APPROVED AND ADOPTED** as an order of this court;

   2.  That plaintiff's objections as stated in her motion entitled **Reconsideration of the Recommendation of the Unites States Magistrate Judge** [#34] filed September 30, 2011, are **OVERRULED**; and

      3.  That plaintiff's motion for **Preliminary Injunction** [#24] filed September 20, 2011, is **DENIED**.

      Dated October 28, 2011, at Denver, Colorado.

**BY THE COURT:**

_Bob Blackburn_
Robert E. Blackburn
United States District Judge