**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01741-REB-KLM

CANDY COPPINGER,

      Plaintiff,

v.

MS. SHOEMAKER,
DR. FRANTZ,
KELLIE WASKO,
DR. WERMER,
MS. SAIZ,
MS. BEAMAN,
MS. KATSMEYER,
MS. TAFOYA,
DR. THISTLEWAITE,
MS. TORREZ,
SGT. DOWD, and
C.O. GRUBB,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the recommendation contained within the magistrate

judge's **Order and Recommendation of United States Magistrate Judge** [#37][1] filed

October 18, 2011.  No objections having been filed to the recommendation, I review it

only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization***

---

[1] "[#37]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

*Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error – let alone plain error –

in the magistrate judge's recommended disposition, I find and conclude that the

recommendation should be approved and adopted.

THEREFORE, IT IS ORDERED as follows:

1.  That the recommendation contained within the magistrate judge's **Order and**

**Recommendation of United States Magistrate Judge** [#37] filed October 18, 2011, is

**APPROVED AND ADOPTED** as an order of this court;

2.  That plaintiff's claims against defendant, Dr. Thistlewaite, are **DISMISSED**

**WITHOUT PREJUDICE** for failure to effect timely service of process; and

3.  That defendant, Dr. Thistlewaite, is **DROPPED** as a named party to this

action, and the case caption is **AMENDED** accordingly.

Dated November 17, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackbum
United States District Judge

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).