**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01741-REB-KLM

CANDY COPPINGER,

    Plaintiff,

v.

MS. SHOEMAKER,
DR. FRANTZ,
KELLIE WASKO,
DR. WERMER,
MS. SAIZ,
MS. BEAMAN,
MS. KATSMEYER,
MS. TAFOYA,
MS. TORREZ,
SGT. DOWD, and
C.O. GRUBB,

    Defendants.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Order and Recommendation of United States Magistrate Judge** [#53][1] filed February 21, 2012.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).  This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-***

---

[1] "[#53]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.

*Fernandez*, 418 F.3d at 1122.

The plaintiff is proceeding *pro se*. Thus, I have construed her pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

Nevertheless, finding no plain error in the magistrate judge's recommended disposition, I find and conclude that recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order and Recommendation of United States Magistrate Judge** [#53] filed February 21, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That defendants' **Motion To Dismiss** [#39] filed October 24, 2011, is **GRANTED**;

3. That plaintiff's claims are **DISMISSED** as follows:

   a. That plaintiff's First, Second, Fourth, Fifth, and Sixth Claims for Relief are **DISMISSED WITH PREJUDICE**;

   b. That plaintiff's Seventh Claim is **DISMISSED WITHOUT PREJUDICE**;

   c. That plaintiff's Third Claim is **DISMISSED WITHOUT PREJUDICE** as previously provided by my **Order Adopting Recommendation of the United States Magistrate Judge** ¶ 2 at 2 [#47] filed November 17, 2011; and

   d. That to the extent plaintiff asserts claims under various provisions of the Colorado Revised Statutes, those claims are **DISMISSED WITH PREJUDICE**;

  4. That judgment **SHALL ENTER** as follows:

   a. On behalf of defendants, Ms. Shoemaker, Dr. Frantz, Kellie Wasko, Dr. Wermer, Ms. Saiz, Ms. Beaman, Ms. Katsmeyer, Ms. Tafoya, Ms. Torrez,. Sgt. Dowd, and C.O. Grubb, against plaintiff, Candy Coppinger, as to all claims for relief and causes of action asserted against them; provided, that the judgment as to the claims asserted against these defendants shall be with prejudice;

   b. On behalf of the former defendant, Dr. Thistlewaite, against plaintiff, Candy Coppinger, as to plaintiff's Third Claim for Relief, as provided by my **Order Adopting Recommendation of the United States Magistrate Judge** ¶ 2 at 2 [#47] filed November 17, 2011; provided, that the judgment as to this claim against this former defendant shall be without prejudice; and

   c. On behalf of the unnamed defendant implicated by plaintiff's Seventh Claim for Relief, against plaintiff, Candy Coppinger; provided, that the judgment as to this claim against this defendant shall be without prejudice; and

  5. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

 Dated March 28, 2012, at Denver, Colorado.

          **BY THE COURT:**

          */s/ Robert E. Blackburn*
          Robert E. Blackburn
          United States District Judge